AO 440 (Rev. 10/93) Summons in a Civil Action

ORIGINAL

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA,

*Plaintiff* v.

ANGIE C. AGUIRRE,

*Defendant*

SUMMONS IN A CIVIL CASE

CASE NUMBER: C-00-032

United States District Court
Southern District of Texas
FILED

FEB 22 2000

Michael N. Milby, Clerk

TO: (Name and address of defendant)

ANGIE C. AGUIRRE
520 Alamo Street
Sinton, Texas 78387

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                    JAN 2 4 2000

CLERK                                        DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

NAME OF SERVER (PRINT)
Rudy Morales

TITLE
Deputy Sheriff

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 520 Alamo St. Sinton Texas 78387

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-8-2000
           Date

Signature of Server: Rudy Morales

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.