UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 2 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

## REQUEST FOR ENTRY OF DEFAULT

TO THE HONORABLE MAGISTRATE JUDGE B. JANICE ELLINGTON:

The UNITED STATES OF AMERICA ("USA"), Plaintiff requests the Court to enter Default against Defendant, Angie C. Aguirre, pursuant to Federal Rule of Civil Procedure 55, and in support would show:

1. Plaintiff filed suit against Defendant on January 24, 2000. Defendant was personally served with a copy of the Citation and Summons on February 8, 2000, by Deputy Constable Rudy Morales, which executed summons was filed with the Court on or about February 22, 2000.

2. As of February 29, 2000, no answer has been filed.

For these reasons, the United States of America requests that default be entered in this case.

Respectfully submitted,

By: _____
M.H. Cersonsky, TBA #04048500, Fed.#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / Fax (713) 840-0038
Attorney in Charge for United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion was sent by certified mail, return receipt requested, on February 29TH , 1999, to:

Ms. Angie C. Aguirre
520 Alamo Street
Sinton, TX 78387

_____
M.H. Cersonsky

c:\My Documents\DOJ\Judgments\Default Judgments\Corpus Christi.Forms\A-Aguirre.Req
Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Angie C. Aguirre.

Signed on this ___ day of _____, 2000, at Corpus Christi, Texas.

_____
Hon. B. Janice Ellington
United States Magistrate Judge

APPROVED AND ENTRY REQUESTED:

By: _____
M.H. Cersonsky, TBA #04048500 / Fed. #5082
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492 / FAX (713) 840-0038
Attorney in charge for Plaintiff,
United States of America

OF COUNSEL:
ALONSO & CERSONSKY, P.C.