# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No.  C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

*United States District Court
Southern District of Texas
FILED

MAR 29 2000

MICHAEL N. MILBY CLERK*

## ORDER ON REQUEST FOR ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant.

Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time

allowed by law.  Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against

Defendant, Angie C. Aguirre.

Signed on this 29th day of _____March_____, 2000, at Corpus Christi, Texas.


        U.S. DEPUTY CLERK   ~~Hon. B. Janice Ellington~~
                            ~~United States Magistrate Judge~~

APPROVED AND ENTRY REQUESTED:

By:   _____
      M.H. Cersonsky, TBA #04048500, Fed.#5082
      5065 Westheimer, Suite 600
      Houston, Texas 77056
      (713) 840-1492 / FAX (713) 840-0038
      Attorney in charge for Plaintiff,
      United States of America


OF COUNSEL:
ALONSO & CERSONSKY, P.C.