```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 3 1 2000

Michael N. Milby, Clerk

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § |
| vs. | § C.A. No.: C-00-032 |
| | § (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § |
| Defendant. | § |

### FIRST AMENDED MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE MAGISTRATE JUDGE B. JANICE ELLINGTON:

COMES NOW United States of America ("USA"), plaintiff, and moves for a default judgment because:

(1) Angie C. Aguirre ("Aguirre"), defendant, has not filed an answer despite being served over 20 days ago.

(2) Aguirre signed a promissory note on January 23, 1986. The note is in default and USA is the owner and holder of the note.

WHEREFORE, plaintiff prays for final judgment for the amount.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

11.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing First Amended Motion was sent certified mail, return receipt requested on July 28, 2000, to:

Ms. Angie C. Aguirre
520 Alamo Street
Sinton, TX 78387

_____
M. H. Cersonsky

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Angie C. Aguirre has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Angie C. Aguirre:

| | |
|---|---|
| Principal Balance: | $1,092.28 |
| Total Interest Accrued (As of 4/21/99) | $ 191.91 |
| Administrative Fees/Costs/Penalties | $ 6.44 |
| Attorney's Fees | $ 550.00 |
| | $1,540.63 |

Interest Rate: 8.00%
Daily Accrual: $0.63

Post-judgment interest at _____ % per annum.

Signed _____ , 2000, at Corpus Christi, Texas.

_____
B. Janice Ellington
United States Magistrate Judge