# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** ~~Grace Lerma~~/Johnny Arredondo, ERO

**LANIER TAPE NO.** 1 (28-125)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

AUG 31 2000

MICHAEL N. MILBY, CLERK

**DATE:** 8-31-00   **OPEN:** 2:00 pm   **CLOSE:** 2:10 pm

**CIVIL ACTION NO.:** C-00-32

U.S.A.   **COUNSEL:** M.H. Cersonsky

VS.

Angie C. Aguirre   **COUNSEL:** —

Conf Call
(X) Proceeding Pltff's Motion for Default Judgment Case called. Mr. Cersonsky to file affidavit on attorneys fees by 9-6-00.

Court adjourned.

14.