IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 8 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CIVIL ACTION NO. C-00-32 |
| ANGIE C. AGUIRRE | § § § | |

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

On July 18, 2000, the Magistrate Judge filed her Memorandum and Recommendation regarding Plaintiff's motion for default judgment [D.E. 9-1, 9-2]. To date and with ample opportunity, neither party has objected to the Memorandum and Recommendation. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed de novo the pleadings on file, this Court finds no plain error in the Magistrate Judge's Memorandum and Recommendation. This Court adopts as its own the findings and conclusion of the Magistrate Judge. Accordingly, Plaintiff's motion for default judgment [D.E. 9-1, 9-2] is DENIED WITHOUT PREJUDICE.

ORDERED this 7 day of Sept , 2000.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE