United States District Court
Southern District of Texas
FILED

SEP 13 2000

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
vs. § C.A. No.: C-00-032
§ (Claim No. C99-07249)
ANGIE C. AGUIRRE, §
§
    Defendant. §

## SECOND AMENDED MOTION FOR DEFAULT JUDGMENT

TO THE HONORABLE HAYDEN W. HEAD, JR.:

    COMES NOW United States of America ("USA"), plaintiff, and moves for a default judgment because:

(1)    Angie C. Aguirre ("Aguirre"), defendant, has not filed an answer despite being served over 20 days ago.

(2)    Aguirre signed a promissory note on January 23, 1986. The note is in default and USA is the owner and holder of the note.

(3)    Attached is an Affidavit in Support of Plaintiff's Attorney Fees and also enclosed is a Certificate of Service.

    WHEREFORE, plaintiff prays for final judgment for the amount.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SD#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Second Amended Motion was sent certified mail, return receipt requested on September 11, 2000, to:

Ms. Angie C. Aguirre
520 Alamo Street
Sinton, TX 78387

M. H. Cersonsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

## SECOND AMENDED AFFIDAVIT OF AMOUNT DUE

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, M. H. CERSONSKY, being first duly sworn, state that I am the attorney for plaintiff in the above-entitled and numbered action; that the records of the Clerk of this Court show that the Summons and Complaint in this cause were duly served on Defendant on February 8, 2000, and that, although more than 20 days have passed since such service, defendant has failed to appear, plead or otherwise defend; and that to my best information and belief defendant is not an infant or incompetent person and not in the military service within the purview of the Soldier's and Sailor's Civil Relief Act of 1940 as amended.

Further: (1) the United States of America is the owner and holder of the note attached as Exhibit "A"; (2) Angie C. Aguirre signed the note. A true and correct copy of the note which forms the basis of the indebtedness due plaintiff is attached as Exhibit "A"; (3) the note is in default and (4) and the following amounts are due:

| | |
|---|---|
| Principal Balance: | $1,092.28 |
| Total Interest Accrued (As of 4/21/99) | $ 191.91 |
| Administrative Fees/Costs/Penalties | $ 6.44 |
| Attorney's Fees | $ 550.00 |
| Total Owed: | $1,540.63 |

Interest Rate:   8.00%
Daily Accrual:   $0.63

A true and correct copy of the certificate of indebtedness showing the amounts due and owing, exclusive of attorney's fees as of March 21, 1997 is attached as Exhibit "B".

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on September 11th, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas

S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249 |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

## NONMILITARY AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority on this day personally appeared the undersigned affiant, who being by me duly sworn, on oath stated:

"I am attorney of record for Plaintiff in the above-entitled and numbered cause. Defendant Angie C. Aguirre was not in military service when this suit was filed, has not been in military service of the United States of America.

This determination is based on an investigation of records available to me, and the fact that all mail from this office to the defendant has been sent to and received at a civilian address."

By: _____
M. H. Cersonsky, TBA #04048500, SDT# 5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

SUBSCRIBED AND SWORN TO before me on September 11th, 2000, to which witness by hand and seal of office.

_____
Notary Public, State of Texas



S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| vs. | § § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § § | |
| Defendant. | § | |

### AFFIDAVIT OF M. H. CERSONSKY
### IN SUPPORT OF ATTORNEY'S FEES

BEFORE ME, the undersigned Notary Public, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn on his oath did depose and say:

1. My name is M. H. Cersonsky. I am over the age of eighteen (18) years. I have never been convicted of a crime. I am an attorney duly licensed to practice law in the State of Texas. I office at 5065 Westheimer, Suite 600, Houston, Texas 77056. I have been practicing law for twenty years and am familiar with the usual and customary fees charged by attorneys in this area.

2. I believe that $550.00 is a reasonable fee for the services performed in pursuing this case to date which included reviewing the file, consulting with representatives of the client when necessary, drafting the complaint, and drafting the default judgment motion and supporting affidavits.

3. I am the attorney of record for the United States of America in this cause. Further, I am duly licensed to practice law in the courts of the State of Texas as well as the Southern District of Texas and the Western District of Texas and am familiar with the fees customarily charged by practicing attorneys throughout the Southern District of Texas, including in the Brownsville, McAllen, Corpus Christi, Galveston, Victoria, Laredo and Houston divisions.

4. Based upon the fees customarily charged in the Brownsville Division of the Southern District of Texas for similar services based on the time, labor and difficulties, encountered and to be encountered in locating assets of the Defendant and executing upon same, and considering my own experience, reputation and abilities as a lawyer, it is my opinion that a reasonable attorney's fee for this case through default judgment would be $550.00, against Angie C. Aguirre;

Further that in the event of appeal, reasonable fees would be as follows:

$7,500.00 to the Fifth Circuit Court of Appeals.

_____
M. H. Cersonsky

SUBSCRIBED AND SWORN TO before me on September 11th, 2000 to which witness my hand and seal of office.

_____
Notary Public in and for
The State of Texas



S.K. DAVIS
Notary Public, State of Texas
My Commission Expires
OCTOBER 18, 2003.

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § § § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Angie C. Aguirre has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Angie C. Aguirre:

| | |
|---|---|
| Principal Balance: | $1,092.28 |
| Total Interest Accrued (As of 4/21/99) | $ 191.91 |
| Administrative Fees/Costs/Penalties | $ 6.44 |
| Attorney's Fees | $ 550.00 |
| | $1,540.63 |

Interest Rate:   8.00%
Daily Accrual:  $0.63

Post-judgment interest at _____% per annum.

Signed _____ , 2000, at Corpus Christi, Texas.

> H.W. Head, Jr.
> United States District Judge