United States District Court
Southern District of Texas
ENTERED

SEP 15 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| Defendant. | § | |

# DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Angie C. Aguirre has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Angie C. Aguirre:

| | |
|---|---|
| Principal Balance: | $1,092.28 |
| Total Interest Accrued (As of 4/21/99) | $  191.91 |
| Administrative Fees/Costs/Penalties | $    6.44 |
| Attorney's Fees | $  550.00 |
| | $1,540.63 |

Interest Rate:  8.00%
Daily Accrual: $0.63

Post-judgment interest at 6.24 % per annum.

Signed _Sept 14_, 2000, at Corpus Christi, Texas.

H. W. Head, Jr.
United States District Judge

ClibPDF - www.fastio.com