| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| *Plaintiff* | § | |
| VS. | § | CIVIL ACTION NO. C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| *Defendant* | § | |

## USA's MOTION TO SHOW CAUSE AND TO COMPEL ATTENDANCE AT ORAL POST-JUDGMENT DEPOSITION

To the Honorable Lynn N. Hughes:

United States of America ("USA") complaining of Angie C. Aguirre, shows the Court as follows:

1. On September 14, 2000, the court signed its judgment for USA against Angie C. Aguirre. The judgment has become final, no appeal having been perfected. The judgment remains unpaid.

2. To aid in enforcement of the judgment, USA served a Notice of Intention to Take Oral Deposition and Subpoena Duces Tecum upon Angie C. Aguirre pursuant to the Federal Rules of Civil Procedure. The notice dated November 16, 2000, along with a subpoena duces tecum, were sent to Angie C. Aguirre by certified mail, return receipt requested ("CM-RRR") and regular mail. The regular mail envelope was not returned. Either a signed green card was returned, or the CM-RRR envelope was returned marked either unclaimed or refused. The Notice was sent to the last known addresses of Angie C. Aguirre at least five days before the day the deposition was scheduled. The deposition was set for Friday, January 12, 2001.

3.  The deponent never appeared for the deposition. The failure of Angie C. Aguirre to appear at the designated place and time, in violation of the Federal Rules of Civil Procedure, entitles USA to: (i) recover its reasonable expenses incurred in obtaining this order, including reasonable attorney's fees and (ii) request a show cause hearing as to why the Angie C. Aguirre should not be held in contempt.

Accordingly, USA requests the Court to:

(1)  Schedule a show cause hearing as to why Angie C. Aguirre should not be held in contempt of court;

(2)  Order Angie C. Aguirre to attend an oral deposition and produce, at that time or before, the documents set forth in subpoena duces tecum previously served;

(3)  Assess against Angie C. Aguirre all costs of court incurred in obtaining the order compelling Angie C. Aguirre to attend oral deposition and all costs associated with the show cause hearing; and,

(4)  Assess against Angie C. Aguirre the sum of at least $300.00 in reasonable attorney's fees incurred in obtaining the order to compel Angie C. Aguirre's attendance at oral deposition and the production of documents set forth in the subpoena duces tecum, or the order adjudging Angie C. Aguirre in contempt.

Respectfully submitted,

ALONSO & CERSONSKY, P.C.

By: _____
M. H. Cersonsky, TBA# 04048500
Attorney in Charge
U.S. Southern Dist. #5082
Jim L. García, TBA#07636700
U.S. Southern Dist. #8810
Galleria Financial Center
5065 Westheimer, Suite. 600
Houston, Texas 77056
Telephone: (713) 840-1492
Telecopier: (713) 840-0038

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion to Show Cause and To Compel Attendance at Oral Post-Judgment Deposition has been sent by regular U. S. mail on ___Jan. 18___, 2001 to:

ANGIE C. AGUIRREN  
520 Alamo Street  
Sinton, Texas 78387

By: _____  
M. H. Cersonsky

Case 2:00-cv-00032   Document 20   Filed in TXSD on 01/29/2001   Page 3 of 4

3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-032 |
| | § | (Claim No. C99-07249) |
| ANGIE C. AGUIRRE, | § | |
| | § | |
| *Defendant* | § | |

## ORDER TO SHOW CAUSE AND TO COMPEL

On the government's motion, Angie C. Aguirre is ordered to:

1. Attend and give an oral deposition on  02-28-01 , at **9:15 A.M.**, at the offices of Alonso & Cersonsky, P.C., Galleria Financial Center, 5065 Westheimer, Suite 600, Houston, Texas 77056, and produce the documents requested in the notice of deposition.

2. You may contact the offices of Alonso & Cersonsky, P.C., at (713) 840-1492 to discuss payment of the debt.

3. Pay the reasonable expenses in obtaining this order including court costs and attorney's fees of $ 300.00 to M. H. Cersonsky by 02-28-01 .

4. If Angie C. Aguirre fails to appear, the court may arrest Angie C. Aguirre and punish her for contempt of court.

Signed _____, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge

C:\DOJ\COMPEL.MOT                                     1