UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ORIGINAL

United States District Court
Southern District of Texas
FILED

FEB 1 2 2001

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| *Plaintiff* | § |
| | § |
| | § C.A. No. C-00-032 |
| vs. | § |
| | § |
| ANGIE C. AGUIRRE | § |
| | § |
| *Defendant* | § |

### PLAINTIFF'S MOTION TO WITHDRAW MOTION TO SHOW CAUSE AND TO COMPEL ATTENDANCE AT ORAL POST-JUDGMENT DEPOSITION

To the Honorable Magistrate Judge B. Janice Ellington:

Plaintiff, United States of America files this Motion to Withdraw its Motion to Show Cause and To Compel Attendance at Oral Post Judgment Deposition because it no longer desires to depose Defendant Aguirre at this time, but reserves the right to do so later.

WHEREFORE, USA prays the court withdraw from it's docket Plaintiff's Motion to Show Cause and to Compel Attendance at Oral Post Judgment Deposition.

Respectfully submitted,

_____
M.H. Cersonsky, TBA#04948500
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
Attorney for the
United States of America

21.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Withdraw Motion to Show Cause and to Compel Attendance at Oral Post-Judgment Deposition was sent by Certified Mail Return Receipt Requested on February 7, 2001, to:

ANGIE C. AGUIRRE
520 Alamo Street
Sinton, Texas 78387

M.H. Cersonsky

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| | § | C.A. No. C-00-032 |
| vs. | § | |
| | § | |
| ANGIE C. AGUIRRE | § | |
| | § | |
| *Defendant* | § | |

## ORDER

On this day, the Court considered the Motion of USA, Motion to Withdraw Motion to Show Cause and to Compel Attendance at Oral Post-Judgment Deposition. And after reviewing the Motion the Court finds it should be granted.

It is therefore, ORDERED, that USA may withdraw its Motion to Show Cause and to Compel Attendance at Oral Post Judgment Deposition.

Signed _____, at Corpus Christi, Texas.

_____
B. Janice Ellington
Magistrate Judge