United States District Court
Southern District of Texas
ENTERED

FEB 15 2001


Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| *Plaintiff* | § § § § |
| | §   C.A. No. C-00-032 |
| vs. | § § |
| ANGIE C. AGUIRRE | § § |
| *Defendant* | § |

## ORDER

On this day, the Court considered the Motion of USA, Motion to Withdraw Motion to Show Cause and to Compel Attendance at Oral Post-Judgment Deposition. And after reviewing the Motion the Court finds it should be granted.

It is therefore, ORDERED, that USA may withdraw its Motion to Show Cause and to Compel Attendance at Oral Post Judgment Deposition.

Signed _February 14_, at Corpus Christi, Texas.

B. Janice Ellington
Magistrate Judge